IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| In Re:<br>Sherrie M. Diaz<br>Debtor | * * * * * * * * | Chapter 13<br><br>16 - 31446<br><br>BANKRUPTCY No. |

## DEBTOR'S PAYMENT ADVICES

Comes now, Sherrie M. Diaz, Debtor in the above cause, and files the payments advices or other evidence of payment pursuant to 11 U.S.C. 521 (a)(1)(B)(iv).

Respectfully Submitted,

TANZY & BORREGO
LAW OFFICES, P.L.L.C.
2610 Montana Avenue
El Paso, TX 79903-3712
(915) 566-4300

By: _____
Miguel Flores 24036574
Attorney for Tanzy & Borrego
Law Offices, P.L.L.C.

English ✓
Spanish ___
Other ___

Employee Self Service

[A0I7] SHERRIE DIAZ
[034 - Academic Support-GenEd]
Diana-Staff-Academic Support-GenEd
Dean of General Education
sdiaz@westerntech.edu
(915) 346-4043

## Pay Stubs

### Check Listing

**Check Date 07/29/2016 Net Pay 1868.03 Check Number 7493 Tax Profile 1 - TX/TX/TX**

| Earnings | Rates | Hours | Amount |
|---|---|---|---|
| Regular | 31.25 | 80.00 | 2500.00 |
| GROSS | | | 2500.00 |

| Taxes | |
|---|---|
| Federal W/H (S/0) | 440.72 |
| Medicare | 36.25 |
| Social Security | 155.00 |

| Deductions |
|---|
| 0.00 |

| Net Pay | |
|---|---|
| NET PAY | 1868.03 |

**Check Date 07/15/2016 Net Pay 1531.28 Check Number 7258 Tax Profile 1 - TX/TX/TX**

| Earnings | Rates | Hours | Amount |
|---|---|---|---|
| Regular | 31.25 | 56.00 | 1750.00 |
| Vacation | 31.25 | 8.00 | 250.00 |
| Unpaid Earnings 2 | 0.00 | 16.00 | 0.00 |
| GROSS | | | 2000.00 |

| Taxes | |
|---|---|
| Federal W/H (S/0) | 315.72 |
| Medicare | 29.00 |
| Social Security | 124.00 |

| Deductions |
|---|
| 0.00 |

| Net Pay | |
|---|---|
| NET PAY | 1531.28 |

**Check Date 07/01/2016 Net Pay 997.69 Check Number 7022 Tax Profile 1 - TX/TX/TX**

| Earnings | Rates | Hours | Amount |
|---|---|---|---|
| Regular | 31.25 | 40.00 | 1250.00 |
| GROSS | | | 1250.00 |

| Taxes | |
|---|---|
| Federal W/H (S/0) | 156.68 |
| Medicare | 18.13 |
| Social Security | 77.50 |

| Deductions |
|---|
| 0.00 |

| Net Pay | |
|---|---|
| NET PAY | 997.69 |

### Employee Totals

From: 01/01/16 To: 12/31/16

| Earnings | Rates | Hours | Amount |
|---|---|---|---|
| Regular | | 176.00 | 5500.00 |
| Vacation | | 8.00 | 250.00 |
| Unpaid Earnings 2 | | 16.00 | 0.00 |
| GROSS | | 200.00 | 5750.00 |

| Taxes | |
|---|---|
| Federal W/H | 913.12 |
| Medicare | 83.38 |
| Social Security | 356.50 |

| Net Pay | |
|---|---|
| NET PAY | 0.00 |

Powered by
Copyright © 1999-2016 by Paycom. All rights reserved.
Checks For 2016

# Prudential

| | | |
|---|---|---|
| SHERRIE M DIAZ<br>1577 GENE TORRES<br>EL PASO TX 79936 | Employee ID: 264323<br>Department: 00GBT - GBTS - Domestic Sourcing<br>Location: TX El Paso<br>Job Title: Project Mgt Associate<br>Pay Rate: $44,900.00 Annual | Paygroup: Biweekly<br>Pay Begin Date: 07/26/2016<br>Pay End Date: 07/26/2016<br>Check #: 3461935057<br>Check Date: 07/26/2016 |

**Tax Data:**

| | Federal | State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | 0.000 | 0.000 |
| Addl. Amt.: | 0.00 | 0.00 |

## HOURS AND EARNINGS

| Description | Pay Period Covered Begin Date | End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular Salary | | | | 0.00 | 0.00 | 878.75 | 20,110.89 |
| PTO Payout | 07/26/2016 | 07/26/2016 | 23.0256 | 95.01 | 2,187.67 | 95.01 | 2,187.67 |
| Holiday | | | | 0.00 | 0.00 | 41.25 | 934.23 |
| Non-Exempt Annual In | | | | 0.00 | 0.00 | 0.00 | 1,856.00 |
| Paid Time Off | | | | 0.00 | 0.00 | 17.50 | 402.94 |
| **Total:** | | | | **95.01** | **2,187.67** | **1032.51** | **25,491.73** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 546.92 | 3,630.86 |
| Fed OASDI/EE | 135.63 | 1,476.08 |
| Fed MED/EE | 31.72 | 345.21 |
| **Total:** | **714.27** | **5,452.15** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental - Pre tax | 0.00 | 237.13 |
| Medical | 0.00 | 1,325.09 |
| Vision | 0.00 | 121.75 |
| **Total:** | **0.00** | **1,683.97** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PESP - After Tax | 0.00 | 282.17 |
| **Total:** | **0.00** | **282.17** |

## PAY SUMMARY

| Description | Current | YTD |
|---|---|---|
| Gross Wages | 2,187.67 | 25,491.73 |
| Taxes | 714.27 | 5,452.15 |
| Deductions | 0.00 | 1,966.14 |
| **Net Pay:** | **1,473.40** | **18,073.44** |

Prudential Insurance Company of America
751 Broad Street Newark, NJ 07102
1-800-778-3279

3461935057
SHERRIE M DIAZ
1577 GENE TORRES
EL PASO TX 79936



Retain this stub - It is a record of deductions made from your salary

ED. 01/14

**Prudential**

| | | |
|---|---|---|
| | Paygroup: Biweekly | Advice #: 3462040945 |
| | Pay Begin Date: 06/20/2016 | |
| | Pay End Date: 06/20/2016 | Advice Date: 06/20/2016 |

| SHERRIE M DIAZ<br>1577 GENE TORRES<br>EL PASO TX 79936 | Employee ID: 264323<br>Department: 00GBT - GBTS - Domestic Sourcing<br>Location: TX El Paso<br>Job Title: Project Mgt Associate<br>Pay Rate: $44,900.00 Annual | Tax Data: | Federal | State |
|---|---|---|---|---|
| | | Marital Status: | Single | N/A |
| | | Allowances: | 0 | 0 |
| | | Addl. Pct.: | 0.000 | 0.000 |
| | | Addl. Amt.: | 0.00 | 0.00 |

### HOURS AND EARNINGS

| Description | Pay Period Covered Begin Date | End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular Salary | 06/13/2016 | 06/17/2016 | 23.0256 | 37.50 | 863.46 | 886.25 | 20,283.58 |
| Holiday | | | | 0.00 | 0.00 | 41.25 | 934.23 |
| Non-Exempt Annual In | | | | 0.00 | 0.00 | 0.00 | 1,856.00 |
| Paid Time Off | | | | 0.00 | 0.00 | 10.00 | 230.25 |
| **Total:** | | | | **37.50** | **863.46** | **937.50** | **23,304.06** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 90.30 | 3,083.94 |
| Fed OASDI/EE | 50.07 | 1,340.45 |
| Fed MED/EE | 11.71 | 313.49 |
| **Total:** | **152.08** | **4,737.88** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 41.54 | 1,325.09 |
| Dental - Pre tax | 8.95 | 237.13 |
| Vision | 5.53 | 121.75 |
| **Total:** | **56.02** | **1,683.97** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PESP - After Tax | 8.63 | 282.17 |
| **Total:** | **8.63** | **282.17** |

### PAY SUMMARY

| Description | Current | YTD |
|---|---|---|
| Gross Wages | 863.46 | 23,304.06 |
| Taxes | 152.08 | 4,737.88 |
| Deductions | 64.65 | 1,966.14 |
| **Net Pay:** | **646.73** | **16,600.04** |

Prudential Insurance Company of America
751 Broad Street Newark, NJ 07102
1-800-778-3279

---

3462040945
SHERRIE M DIAZ
1577 GENE TORRES
EL PASO TX 79936

000006-01-06-01-0-2-0-0

ED 01/14

**PAYROLL**  Advice No:  3462040945

---

| | Date: 06/20/2016 |
|---|---|
| Deposit Amount: $646.73 | |

To the
Account(s) of: Sherrie M Diaz
1577 Gene Torres
El Paso, TX 79936

Location: TX23

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | *****3965 | $646.73 |

**NON-NEGOTIABLE**

Diaz, Sherrie

Pay Stubs

Check Listing

2016

Batch View Statements  Hide All Check Details

**Check Date 09/09/2016   Net Pay 1827.9   Check Number 8761   Tax Profile 1 - TX/TX/TX**

View Earnings Statement  Hide Check Details

| Earnings | Rates | Hours | Amount | Taxes | | Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | 31.25 | 80.00 | 2500.00 | Federal W/H (S/0) | 425.83 | Dental | 16.48 | NET PAY | 1827.90 |
| GROSS | | | 2500.00 | Medicare | 35.39 | Health Insurance Plan C | 24.60 | | |
| | | | | Social Security | 151.31 | Health Savings | 15.00 | | |
| | | | | | | Vision | 3.49 | | |
| | | | | | | Employer Health Plan C Memo * | 139.39 | | |

**Check Date 08/26/2016   Net Pay 1868.03   Check Number 8673   Tax Profile 1 - TX/TX/TX**

View Earnings Statement  Hide Check Details

| Earnings | Rates | Hours | Amount | Taxes | | Deductions | Net Pay | |
|---|---|---|---|---|---|---|---|---|
| Regular | 31.25 | 80.00 | 2500.00 | Federal W/H (S/0) | 440.72 | 0.00 | NET PAY | 1868.03 |
| GROSS | | | 2500.00 | Medicare | 36.25 | | | |
| | | | | Social Security | 155.00 | | | |

Check Date 08/26/2016  Net Pay 1868.03  Check Number 8673  Tax Profile 1 - TX/TX/TX    View Earnings Statement    Hide Check Details

| Earnings | Rates | Hours | Amount | Taxes | | Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | 31.25 | 80.00 | 2500.00 | Federal W/H (S/0) | 440.72 | | 0.00 | NET PAY | 1868.03 |
| GROSS | | | 2500.00 | Medicare | 36.25 | | | | |
| | | | | Social Security | 155.00 | | | | |

Check Date 08/12/2016  Net Pay 1868.03  Check Number 8206  Tax Profile 1 - TX/TX/TX    View Earnings Statement    Hide Check Details

| Earnings | Rates | Hours | Amount | Taxes | | Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | 31.25 | 80.00 | 2500.00 | Federal W/H (S/0) | 440.72 | | 0.00 | NET PAY | 1868.03 |
| GROSS | | | 2500.00 | Medicare | 36.25 | | | | |
| | | | | Social Security | 155.00 | | | | |

Check Date 07/29/2016  Net Pay 1868.03  Check Number 7493  Tax Profile 1 - TX/TX/TX    View Earnings Statement    Hide Check Details

| Earnings | Rates | Hours | Amount | Taxes | | Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | 31.25 | 80.00 | 2500.00 | Federal W/H (S/0) | 440.72 | | 0.00 | NET PAY | 1868.03 |
| GROSS | | | 2500.00 | Medicare | 36.25 | | | | |
| | | | | Social Security | 155.00 | | | | |

Check Date 07/15/2016  Net Pay 1531.28  Check Number 7258  Tax Profile 1 - TX/TX/TX    View Earnings Statement    Hide Check Details

| Earnings | Rates | Hours | Amount | Taxes | | Deductions | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | 31.25 | 56.00 | 1750.00 | Federal W/H (S/0) | 315.72 | | 0.00 | NET PAY | 1531.28 |
| Vacation | 31.25 | 8.00 | 250.00 | Medicare | 29.00 | | | | |
| Unpaid Earnings 2 | 0.00 | 16.00 | 0.00 | Social Security | 124.00 | | | | |
| GROSS | | | 2000.00 | | | | | | |