IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| In Re:<br>Sherrie M. Diaz<br>Debtor | * * * * * * * * | Chapter 13    16 - 31446<br><br><br><br><br><br>BANKRUPTCY No. |

## DEBTOR'S CERTIFICATE FROM APPROVED BUDGET
## AND CREDIT COUNSELING AGENCY

Comes now, Sherrie M. Diaz, Debtor in the above cause, and pursuant to 11 U.S.C. 521(b) files his certificate from approved budget and credit counseling agency that provided the Debtor services under 11 U.S.C. 109(h) and copy of the repayment plan, if any was prepared.

 

Respectfully Submitted,

TANZY & BORREGO
LAW OFFICES, P.L.L.C.
2610 Montana Avenue
El Paso, TX 79903-3712
(915) 566-4300

Certificate Number: 03088-TXW-CC-028048527

03088-TXW-CC-028048527

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 12, 2016</u>, at <u>4:44</u> o'clock <u>PM CDT</u>, <u>Sherrie M Diaz</u> received from <u>Debt Education and Certification Foundation</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>September 12, 2016</u>        By:    <u>/s/Susan D. Gann</u>

                                    Name:  <u>Susan D. Gann</u>

                                    Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).