## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 13 |
| SHERRIE M. DIAZ | § | Case No. 16-31446-hcm |
| | § | |
| *Debtor* | § | |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

To the Honorable H. Christopher Mott, United States Bankruptcy Judge:

STUART C. COX, Standing Chapter 13 Trustee ("Trustee"), objects to Confirmation of the Debtor's proposed Chapter 13 Plan and alleges:

I.

Trustee objects to confirmation insofar as the Debtor's plan extends beyond sixty (60) months in violation of 11 U.S.C. § 1322(d).

II.

Further, Trustee objects to confirmation insofar as the Debtor is not able to make all payments under the plan in violation of 11 U.S.C. § 1325(a)(6).

**Relief Sought**

Trustee prays for an Order Denying Confirmation of the proposed Chapter 13 Plan without prejudice to amend within twenty (20) days of hearing, or in the alternative, that the instant case be dismissed, and that the Court grant the Chapter 13 Trustee such other, additional and further relief to which he may be justly entitled.

Respectfully submitted,

/s/Stuart C. Cox
Standing Chapter 13 Trustee
SBN: 00794992
/s/Lucille Zavala
Senior Staff Attorney for Stuart C. Cox
SBN: 22251370
1760 N. Lee Trevino Drive
El Paso, TX  79936
(915) 598-6769 telephone
(915) 598-9002 facsimile

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing *TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN* was served upon the parties listed below by United States Mail, first class, postage prepaid on November 16, 2016.

U.S. Trustee's Office
P.O. Box 1539
San Antonio, TX 78295-1539

Sherrie M. Diaz
1577 Gene Torres Dr.
El Paso, TX 79936

Miguel Alejandro Flores
Tanzy & Borrego
2610 Montana
El Paso, TX 79903

Linebarger Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

                                                /s/Stuart C. Cox
                                                /s/Lucille Zavala