IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SHERRIE M. DIAZ | § | Case No. 16-31446-HCM |
| 1577 GENE TORRES DR. | § | Chapter 13 |
| EL PASO, TX 79936 | § | |
| | § | |
| | § | |
| Debtor(s). | § | |

## NOTICE OF RESCHEDULED CONFIRMATION HEARING

The hearing for confirmation in this case was originally scheduled for December 14, 2016. The hearing has been rescheduled to:

January 11, 2017 at 09:00 AM

In El Paso Courtroom, 511 E. San Antonio Ave., 4th Floor, El Paso, Texas 79901.

Your presence may or may not be required. Please contact your attorney **prior to** your reset date.

Respectfully Submitted,

/s/Stuart C. Cox
Standing Chapter 13 Trustee
SBN:00794992
1760 N. Lee Trevino Drive
El Paso, Texas 79936
(915) 598-6769 telephone
(915) 598-9002 facsimile

/s/Lucille Zavala
Senior Staff Attorney for Stuart C. Cox
SBN:22251370
1760 N. Lee Trevino Drive
El Paso, Texas 79936
(915) 598-6769 telephone
(915) 598-9002 facsimile

## CERTIFICATE OF SERVICE

I hereby verify that a true and correct copy of foregoing NOTICE OF RESCHEDULED CONFIRMATION HEARING was electronically filed in the above referenced case number on December 19, 2016. Service to the parties listed on the Court's matrix, will be sent by the Bankruptcy Noticing Center (BNC).

/s/Stuart C. Cox

/s/Lucille Zavala